**UNITED STATES of America,**
**Appellee,**

v.

**Douglas JOHNSON, Appellant.**

**No. 01–3856.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 24, 2002.

Decided April 29, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Douglas Johnson appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Johnson's sentence is not affected by Amendments 591 and 599 to the Sentencing Guidelines. We therefore affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.